■ MURRAY DYBER et al., Respondents, v. ELAINE F. LAURENCE et al., Appellants.— In an action to restrain the conveyance, transfer or incumbrance of certain real property, and for other relief, the appeal is from an order which granted respondents' motion to restore the action to the Equity Calendar and denied appellants' cross motion for a jury trial of all the issues raised by the amended complaint and by the counterclaim of appellant Topsy's Northern Blvd., Inc., for money damages against respondents, with leave, after the disposition of the equity causes of action herein, to apply for any necessary and proper directions with respect to the trial by jury of the said counterclaim. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Hallinan and Kleinfeld, JJ., concur.

■ ELLEN HABER et al., Respondents, v. LOUIS FORBIDUSSI, Appellant.— In an action to recover damages for injuries to person and property, and for medical expenses and loss of services, the appeal is from so much of an order as granted respondents' motion for reargument of their motion to vacate an order of preclusion and as, upon reargument, vacated the order of preclusion and granted respondents leave to serve a bill of particulars. Order insofar as appealed from affirmed, with $10 costs and disbursements. The bill of particulars which was rejected by appellant was served 12 days after the effective date of the preclusion order. In our opinion there was no showing of gross laches or inexcusable neglect, nor was there any showing of prejudice. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.

■ In the Matter of SOL ENDIG, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent, and DINO RIZZATI et al., Intervenors-Respondents.— In a proceeding to review a determination of the State Rent Administrator which decontrolled the subject housing accommodation, the appeal is from an order denying the petition and dismissing the proceeding. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.